WILLIAM WYNKOOP, Respondent, *v.* THE LUDLOW VALVE
MANUFACTURING COMPANY, Appellant.

*Wynkoop* v. *Ludlow Valve Manfg. Co.,* 153 App. Div. 507, reversed.
(Argued June 11, 1914; decided July 14, 1914.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered November 26, 1912, modifying and affirming as

modified a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant, his employer. .

*P. C. Dugan* for appellant.

*J. W. Atkinson* for respondent.

Judgment reversed and new trial granted, costs to abide event, on dissenting opinion of KELLOGG, J., below.

Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, COLLIN, HOGAN, MILLER and CARDOZO, JJ.